UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

Cambridge Isotope Laboratories,
                               Plaintiff,

v.

UNITED STATES,
                               Defendant.

S U M M O N S

Court No. 24-00125

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2095 | Center (if known): | CEE01 - Pharmaceuticals, Health and Chemicals |
|---|---|---|---|
| Protest Number: | 2095-23-116727 | Date Protest Filed: | May 10, 2023 |
| Importer: | Cambridge Isotope Laboratories | Date Protest Denied: | January 29, 2024 |
| Category of Merchandise: | N15 Ammonium Sulfate Isotope | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 799-4201382-1 | 07/29/2021 | 11/11/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

George R. Tuttle, III
Law Offices of George R. Tuttle, A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
(415) 986-8720 / geo@tuttlelaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

4884-6996-7059

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: CBP assessment and liquidation of entry with AD/CVD duties for out-of-scope merchandise under A-570-049 and C-570-050. |

| The issue which was common to all such denied protests: |
|---|
| |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/George R. Tuttle, III
*Signature of Plaintiff's Attorney*

07/23/2024
*Date*