## UNITED STATES COURT OF INTERNATIONAL TRADE

CAMBRIDGE ISOTOPE LABORATORIES, INC.,

                        Plaintiff

             v.

UNITED STATES,

                     Defendant.

Court No: 24-00125

## COMPLAINT

Plaintiff, Cambridge Isotope Laboratories, Inc. ("Cambridge"), by and through the undersigned counsel, alleges and states as follows:

### CAUSE OF ACTION

1.    Plaintiff brings this action to contest the denial of its protest against the liquidation and assessment of antidumping duties ("ADD") and countervailing duties ("CVD") under A-570-049/ C-570-050 on the merchandise imported under Entry No. 799-4201382-1.

### SUBJECT MATTER JURISDICTION AND STANDING

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a) because it contests the denial of protest 2095-23-116727, filed pursuant to 19 U.S.C. § 1514(a)(2) and 19 U.S.C. § 1514(a)(5) against the assessment of Antidumping and Countervailing Duty Orders, 82 FR 13094 (March 9, 2017), concerning Ammonium Sulfate from the People's Republic of China.

3.    Plaintiff Cambridge Isotope Laboratories, Inc. is the owner and importer of record of the merchandise described in paragraphs 6 through 12, which

is the subject of this action.

### TIMELINESS OF THIS ACTION

4.    This action was timely commenced because: *(a)* Entry No. 799-4201382-1 was liquidated on November 11, 2022; *(b)* Cambridge timely filed Protest No. 2095-23-116727 on May 10, 2023; *(c)* CBP partially denied the protest on January 29, 2024; and *(d)* Cambridge filed its summons on July 23, 2024.

### STATEMENT OF FACTS

5.    Paragraphs 1 through 4 are incorporated by reference as though fully set forth herein.

### THE IMPORTED MERCHANDISE

6.    On July 29, 2021, Cambridge entered the subject merchandise under Entry No. 799-4201382-1 through the Port of Memphis, Tennessee.

7.    The imported article, identified as NLM-713, consists of enriched $^{15}\text{N}$ ammonium sulfate isotope identified by the chemical formula $(^{15}\text{NH}_4)_2\text{SO}_4$.

8.    NLM-713 is produced through a specialized isotopic separation and enrichment process, resulting in a compound in which the $^{14}\text{N}$ nitrogen atom has been enriched with a $^{15}\text{N}$ nitrogen atom.

9.    NLM-713 has a molecular weight of approximately 134.13 g/mol and bears CAS Registry No. 43086-58-4.

10.    Naturally abundant ammonium sulfate has the chemical formula

$(NH_4)_2SO_4$, a molecular weight of approximately 132.14 g/mol, and CAS Registry No. 7783-20-2.

11.    NLM-713 is used in laboratory research, including mass spectrometry, quantitative proteomics, metabolic research, and other applications in which the $^{15}N$ isotope is used to trace or measure nitrogen-containing compounds.

<u>CBP'S LIQUIDATION AND ASSESSMENT OF AD/CVD DUTIES</u>

12.    Cambridge entered NLM-713 under subheading 2845.90.0000, HTSUS, as other non-radioactive isotopes, free of general duties and subject to Section 301 List 1 additional duties of 25%.

13.    On or about July 15, 2022, CBP issued a Notice of Action (CF-29) proposing to reclassify NLM-713 enriched $^{15}N$ ammonium sulfate isotope $(^{15}NH_4)_2SO_4$ under subheading 3102.21.0000, HTSUS, as ammonium sulfate.

14.    Without consultation with or instructions from Commerce, CBP decided that Plaintiff's NLM-713 was within the scope of the antidumping and countervailing duty orders on ammonium sulfate from the People's Republic of China, Case Nos. A-570-049 and C-570-050, and <u>Entry No. 799-4201382-1 was liquidated on November 11, 2022,</u> and assessed with antidumping duties under Case No. A-570-049 and countervailing duties under Case No. C-570-050 concerning Ammonium Sulfate from the People's Republic of China: Antidumping and Countervailing Duty Orders, 82 FR 13094 (March 9, 2017).

15.    Customs mistakenly applied those the Orders to Plaintiff's imported

NLM-713, enriched $^{15}$N ammonium sulfate isotope with the chemical formula $(^{15}NH_4)_2SO_4$.

<u>CAMBRIDGE'S PROTEST AND RELATED PROCEEDINGS</u>

16.    On November 11, 2022, Cambridge filed a scope ruling application pursuant to 19 C.F.R. §351.225 with the U.S. Department of Commerce requesting a determination whether its enriched $^{15}$N ammonium sulfate isotope was outside the scope of the Orders.

17.    On March 16, 2023, Commerce issued its scope determination, concluding that Cambridge's enriched $^{15}$N ammonium sulfate isotope was within the scope of the Orders on Ammonium Sulfate from China.

18.    Cambridge challenged Commerce's scope ruling in *Cambridge Isotope Laboratories, Inc. v. United States*, Court No. 23-00080.

19.    On May 10, 2023, Cambridge timely filed Protest No. 2095-23-116727 contesting CBP's classification of NLM-713 and its assessment of antidumping and countervailing duties on Ammonium Sulfate from China. This action concerns the portion of the protest relating to the assessment of antidumping and countervailing duties.

20.    On June 9, 2023, CBP Headquarters issued Headquarters Ruling H328353, holding that enriched $^{15}$N ammonium sulfate is a stable, non-radioactive isotopic compound properly classified under heading 2845, HTSUS.

21.    In Ruling H328353, CBP determined that Cambridge's NLM-713 was

properly classified under subheading 2845.90.0100, HTSUS, and not under heading 3102, HTSUS.

22.    CBP subsequently partially denied Protest No. 2095-23-116727, leaving in place the assessment of the antidumping and countervailing duties challenged in this action.

COMMERCE'S FINAL RESULTS OF REDETERMINATION

23.    On March 11, 2026, this Court determined in CIT Slip Op. 26-27 that Commerce's scope determination was contrary to law, and remanded Commerce's scope determination for further consideration, finding that Commerce's determination was contrary to the mandatory requirements of 19 CFR 351.225(k)(2)(i), and instructed Commerce to consider all five factors if it conducts a (k)(2) analysis on remand.  Court No. 23-00080, ECF doc. 50 and 51.

24.    On July 9, 2026, Commerce issued its Final Results of Redetermination Pursuant to Court Remand and determined that Cambridge's enriched $^{15}$N ammonium sulfate isotope is outside the scope of the Orders. CIT Court No. 23-00080, ECF doc. 55.

//

//

//

//

STATEMENT OF THE CLAIMS

COUNT ONE

25.    Paragraphs 1 through 24 are adopted and incorporated herein by reference.

26.    The subject merchandise is enriched $^{15}$N ammonium sulfate bearing the chemical formula $(^{15}NH_4)_2SO_4$ and CAS Registry No. 43086-58-4.

27.    Commerce determined in its Final Results of Redetermination Pursuant to Court Remand that Cambridge's enriched $^{15}$N ammonium sulfate isotopic is outside of scope of the ADD/CVD orders *concerning Ammonium Sulfate from the People's Republic of China: Antidumping and Countervailing Duty Orders*, 82 FR 13094 (March 9, 2017).

28.    CBP mistakenly determined and assessed antidumping duties under Case No. A-570-049 and countervailing duties under Case No. C-570-050 on the subject entry and merchandise.

29.    Entry No. 799-4201382-1 should be reliquidated without antidumping or countervailing duties in accordance with Commerce's Final Results of Redetermination Pursuant to Court Remand, dated July 9, 2026, and Cambridge should receive a refund of all such duties, together with interest as provided by law.

PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests that this Court enter judgment in its favor, and direct CBP to reliquidate the subject merchandise without the

assessment of Antidumping and Countervailing duties, and refund to Plaintiff any excess duties deposited, with interest according to law; and provide Plaintiff with such further and other relief as may be deemed appropriate.

Respectfully Submitted,

*/s/ George R. Tuttle, III*
George R. Tuttle, III
Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive, Suite 102
San Rafael, CA
Direct: (415) 288-0428
Firm: (415) 986-8780
Email: geo@tuttlelaw.com
*Counsel to Plaintiff Cambridge*
*Isotope Laboratories, Inc.*

Date: July 21, 2026